| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Walters, Ross A. | 2. Court or Organization USDC, SDIA | 3. Date of Report 06/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full-Time United States Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
123 East Walnut St., Room 440
Des Moines, IA 50309-2036

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 06/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | West Des Moines, Iowa School District (Part-Time Teacher) - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 06/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Principal Ins. Cos. - IRA | | None | N | T | | | | | |
| 2. Principal Ins. Cos. - Common Stock | A | Dividend | J | T | | | | | |
| 3. Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 4. Oppenheimer Capital Appreciation Fund Class A - IRA | | None | J | T | | | | | |
| 5. Wells Fargo Bank - IRA | | None | J | T | | | | | |
| 6. Iowa Retirement Investors Club 403B Plan (Hartford) | | None | J | T | | | | | |
| 7. Trust #1 | E | Dividend | O | T | | | | | |
| 8. | | Interest | | | | | | | |
| 9. --Principal Gov. & High Quality Bond Fd. | | | | | Sold | 05/24/11 | M | D | |
| 10. --Principal Short-Term Inc. Fd. | | | | | Sold | 05/24/11 | M | D | |
| 11. --Principal Income Fund | | | | | Sold | 05/24/11 | L | D | |
| 12. --Principal High Yld II Fd. | | | | | Sold (part) | 05/26/11 | K | D | |
| 13. --Harbor Int'l Fund Inst. | | | | | Buy | 05/26/11 | K | | |
| 14. | | | | | Sold (part) | 08/08/11 | J | | |
| 15. --Oakmark Int'l Small Cap Fd. | | | | | Buy | 05/26/11 | J | | |
| 16. | | | | | Sold | 08/08/11 | J | | |
| 17. --Pimco Total Return Fd. Inst. | | | | | Buy | 05/26/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 08/08/11 | K | | |
| 19. | | | | | Buy | 09/06/11 | J | | |
| 20.   --Principal Preferred Sec. Fd. | | | | | Buy | 05/26/11 | K | | |
| 21. | | | | | Buy | 09/06/11 | J | | |
| 22.   --Royce Special Equity Fd. | | | | | Buy | 05/26/11 | K | | |
| 23. | | | | | Sold | 08/08/11 | K | | |
| 24.   --Vanguard Inflation Protected Fd. | | | | | Buy | 05/26/11 | L | | |
| 25. | | | | | Buy | 09/06/11 | J | | |
| 26.   --Prudential Jennison Nat. Res. Fd. | | | | | Buy | 05/26/11 | K | | |
| 27.   --Templeton Global Bond Fd. | | | | | Buy | 05/26/11 | L | | |
| 28.   --Third Ave. Real Estate Value Fd. | | | | | Buy | 05/26/11 | L | | |
| 29.   --Tortoise Energy Infra. Corp. | | | | | Buy | 05/26/11 | K | | |
| 30.   --Vanguard Emerg. Mkts. ETF | | | | | Buy | 05/26/11 | K | | |
| 31. | | | | | Sold | 08/08/11 | K | | |
| 32.   --Vanguard Index Fds. Lg.-Cap ETF | | | | | Buy | 05/26/11 | K | | |
| 33. | | | | | Sold (part) | 08/08/11 | K | | |
| 34.   --Vanguard Int'l Equity Index Fds. | | | | | Buy | 05/26/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 08/08/11 | K | | |
| 36. --Barclays Bk. PLC | | | | | Buy | 08/08/11 | K | | |
| 37. | | | | | Sold | 09/16/11 | K | D | |
| 38. --SPDR Ser TR S&P Div. ETF | | | | | Buy | 09/09/11 | K | | |
| 39. --Cash (Principal Money Market) | | | | | | | | | |
| 40. Trust #2 | E | Dividend | P1 | T | | | | | |
| 41. | | Interest | | | | | | | |
| 42. --Principal Gov. & High Quality Bond Fd. | | | | | Sold (part) | 05/09/11 | L | C | |
| 43. --Principal Short Term Inc. Fd. | | | | | Sold (part) | 05/09/11 | K | B | |
| 44. --Principal Income Fund | | | | | | | | | |
| 45. --Principal High Yld II Fd. | | | | | | | | | |
| 46. --Principal Preferred Sec. Fd. | | | | | Buy | 05/09/11 | K | | |
| 47. --Principal Global Div. Inc. Fd. | | | | | Buy | 05/09/11 | K | | |
| 48. --Blackrock High Yld. Bond Fd. | | | | | Buy | 05/19/11 | J | | |
| 49. --Federated Adjustable Rate Fd. | | | | | Buy | 05/19/11 | J | | |
| 50. | | | | | Buy | 10/14/11 | J | | |
| 51. --Loomis Sayles Bond Fd. | | | | | Buy | 05/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --Oppenheimer Int'l Bond Fd. | | | | | Buy | 05/19/11 | J | | |
| 53. | | | | | Sold (part) | 07/13/11 | J | | |
| 54.  --Victory Nat'l Mut. Bond Fd. | | | | | Buy | 05/19/11 | J | | |
| 55.  --Westcore Plus Bond Fd. | | | | | Buy | 05/19/11 | J | | |
| 56.  --Akre Focus Fd. Retail | | | | | Buy | 05/19/11 | J | | |
| 57.  --Cohen & Steers Realty Shares | | | | | Buy | 05/19/11 | J | | |
| 58.  --Eaton Vance Floating Rate Adv. A | | | | | Buy | 05/19/11 | J | | |
| 59.  --Hartford Capital Appr. Fund A | | | | | Buy | 05/19/11 | J | | |
| 60.  --Heartland Value Plus Fd. | | | | | Buy | 05/19/11 | J | | |
| 61.  --James Balanced Golden Rainbow Fd. | | | | | Buy | 05/19/11 | J | | |
| 62.  --Lazard Dev. Mkts. Equity Fd. | | | | | Buy | 05/19/11 | J | | |
| 63.  --Marisco 21st Cent. Fd. | | | | | Buy | 05/19/11 | J | | |
| 64. | | | | | Sold | 12/08/11 | J | | |
| 65.  --Thornburg Int'l Value Fd. A | | | | | Buy | 05/19/11 | J | | |
| 66.  --Toqueville Fund | | | | | Buy | 05/19/11 | J | | |
| 67.  --Calamos Growth Fund A | | | | | Buy | 12/08/11 | J | | |
| 68.  --Insurance Contract (Principal) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   --Cash (Principal Money Market) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 06/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I and VII. Trust #1 is a testamentary trust. Trust #2 is an inter vivos trust. My interest in the trusts is contingent. I have no present right or ability to receive any income or principal. I have listed the trusts because of the trustee's management authority over trust assets.

Part VII A(5) - Certificates of Deposit.

Part VII D(4) - Where no gain code is reported for a sale there was no gain.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Walters, Ross A. | 06/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ross A. Walters**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544